■ ULTRA SCOPE INTERNATIONAL, INC., Respondent, v EXTEBANK, Appellant. (And A Third-Party Action.) [598 NYS2d 699] — Judgment, Supreme Court, New York County (Edward Greenfield, J.), entered on September 22, 1992, unanimously affirmed for the reasons stated by Greenfield, J., with costs and with disbursements. No opinion. Concur—Murphy, P. J., Milonas, Wallach and Kassal, JJ.

■ 205 EAST 78TH STREET ASSOCIATES, Respondent, v MARY JANE CASSIDY, Appellant, et al., Respondents. [598 NYS2d 699] — Order, Appellate Term, First Department, entered on October 3, 1991, reversing an order of the Civil Court, New York County (Louise Gans, J.), entered on March 19, 1991, unanimously reversed, on the law, with costs and with disbursements, for the reasons stated by Gans, J., at Civil Court and McCooe, J. at the Appellate Term. No opinion. Concur—Murphy, P. J., Ellerin, Wallach and Asch, JJ.

■ In the Matter of PARTICK W. McQUADE, Appellant, v LEE P. BROWN, as Police Commissioner of the City of New York and as Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Respondents. [598 NYS2d 699] — Judgment, Supreme Court, New York County (Edward Greenfield, J.), entered on February 13, 1992, unanimously affirmed for the reasons stated by Greenfield, J., without costs and without disbursements. No opinion. Concur—Murphy, P. J., Ellerin, Wallach and Asch, JJ.